IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| INTERNETAD SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 3-05CV1969-D |
| v. | § § | **JURY TRIAL DEMANDED** |
| AEROVIAS de MEXICO, S.A. de C.V., | § § | |
| Defendant. | § § | |

## **RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff INTERNETAD SYSTEMS, LLC ("InternetAd") and Defendant AEROVIAS DE MEXICO, S.A. DE C.V. ("AeroMexico") that, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties' respective claims and counterclaims, if any, in the above-captioned action be, and they hereby are, dismissed with prejudice. This dismissal with prejudice is occasioned by the parties' settlement resolving all issues between them concerning the matters asserted herein.

By Order dated June 30, 2006, the Court granted InternetAd's Unopposed Motion for Leave to Join AOL LLC. The Order noted that upon its appearance, AOL would be realigned to the position of Plaintiff. By virtue of extensions granted by the Court, AOL has not yet appeared. By virtue of the settlement between InternetAd and AeroMexico, AOL needs not appear. All issues in this action have been resolved and all defendants have been dismissed.

**Dated:   September 19, 2006.**

    Respectfully submitted,

    /s/ Edward R. Nelson, III
    Michael T. Cooke
    FRIEDMAN, SUDER & COOKE
    Tindall Square Warehouse No. 1
    604 East 4th Street, Suite 200
    Fort Worth, Texas 76102
    (817) 334-0400
    Fax (817) 334-0401

    **ATTORNEYS FOR PLAINTIFF**

    /s/ Kevin Meek
    Jeff Moles
    BAKER & BOTTS
    2001 Ross Avenue, Suite 600
    Dallas, TX  75201
    (214) 953-6500
    (214) 953-6503 – fax

    **ATTORNEYS FOR DEFENDANT AEROMEXICO**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2006, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

    Dated this 19th day of September, 2006.

    /s/Edward R. Nelson, III